AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Jason D. Ivarone

   Plaintiff(s)   ) **APPEARANCE**

   vs.   ) CASE NUMBER 1:05CV02322 (JR)

Joseph Friend

   Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Henry A. Platt__ as counsel in this
         (Attorney's Name)

case for: __Defendant Joseph Friend__
    (Name of party or parties)

January 27, 2006
Date

[Signature]
Signature

425994
BAR IDENTIFICATION

Henry A. Platt
Print Name

2600 Virginia Ave., N.W., Suite 1000
Address

Washington, D.C.  20037
City State Zip Code

(202) 333-8800
Phone Number