# AMERICAN ARBITRATION ASSOCIATION
## EMPLOYMENT ARBITRATION RULES
### DEMAND FOR ARBITRATION

*MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you would like the AAA to contact the other parties to determine whether they wish to mediate this matter, please check this box. ☒ There is no additional administrative fee for this service.*

**TO: Name:** CACI INTERNATIONAL
**Address:** 1100 North Glebe Road
**City:** Arlington **State:** VA **Zip Code:** 22201
**Phone No.:** (703) 841-4475 **Fax No.:** (703) 841-2850

**Name of Representative (if known):** Judith Kassel, Esq.
**Name of Firm (if applicable):** CACI INTERNATIONAL
**Representative's Address:** Same
**Phone No.:** Same

The named claimant, a party to an arbitration agreement or program which provides for arbitration under the Employment Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**THE NATURE OF THE DISPUTE:** Defamation per se, arising out of statements made by Joseph Friend while a management employee of CACI to multiple persons in Dec. '04 & Jan. '05 suggesting Mr. Ivarone was a security threat, was incompetant and dishonest in the performance of his duties, and was violating the law, and ~~Negligent Retention by CACI of Joseph Friend.~~

**THE CLAIM OR RELIEF SOUGHT (the amount, if any):** Compensatory damages (including presumed damages to reputation, humiliation, and embarassment), punitive damages, and such other relief as the Arbitrator deems appropriate. Amount not to exceed $1 million.

**DOES THIS DISPUTE ARISE OUT OF AN EMPLOYMENT RELATIONSHIP?** Yes ☒ No ☐

**WHAT WAS/IS THE EMPLOYEE'S ANNUAL WAGE RANGE?** Note: this question is required by California law.
☒ Less than $100,000   ☐ $100,000 - $250,000   ☐ Over $250,000

**Claimant:** ☒ Employee ☐ Employer
**Respondent:** ☐ Employee ☒ Employer

**HEARING LOCALE REQUESTED:**

You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association at its Washington DC office, with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement within ten days after notice from the AAA.

**Signature (may be signed by a representative):** [signed]
**Title:** Counsel-Claimant
**Date:** 12/2/05

**Name of Claimant:** Jason D. Ivarone
**Address (to be used in connection with this case):** 11506 Sperrin Circle, #305
**City:** Fairfax **State:** VA **Zip Code:** 22030
**Phone No.:** (703) 624-1354 **Fax No.:** None

**Name of Representative:** Elaine Charlson Bredehoft
**Name of Firm (if applicable):** CHARLSON BREDEHOFT & COHEN, PC
**Representative's Address:** 11260 Roger Bacon Drive, Suite 201
**City:** Reston **State:** VA **Zip Code:** 20190
**Phone No.:** (703) 318-6800 **Fax No.:** (703) 318-6808

TO BEGIN PROCEEDINGS, PLEASE SEND TWO COPIES OF THIS DEMAND **AND THE ARBITRATION AGREEMENT**, WITH THE FILING FEE AS PROVIDED FOR IN THE RULES, TO THE AAA. SEND THE ORIGINAL DEMAND TO THE RESPONDENT.

Form E2-01/03