UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON D. IVARONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOSEPH FRIEND, )<br>)<br>Defendant. )<br>) | Case No.: 1:05CV02322 (JR) |

**DECLARATION OF HENRY A. PLATT, ESQUIRE
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
AND COMPEL ARBITRATION**

I, Henry A. Platt, declare as follows:

1. I am counsel for Defendant Joseph Friend in the above-captioned matter. I am also counsel for Defendant's former employer, CACI INC. - COMMERCIAL ("CACI") in Plaintiff Jason Ivarone's arbitration proceeding against CACI pending before the American Arbitration Association ("AAA"). I am submitting this declaration in support of Defendant's Motion to Dismiss and Compel Arbitration. I am over the age of eighteen and am making this declaration based upon my personal knowledge, except where stated otherwise.

2. Upon learning of this lawsuit, I informed Plaintiff's counsel, on behalf of CACI, that CACI believed that the dispute was covered by the Employee Agreement, and expressed CACI's willingness to consolidate Mr. Ivarone's claims against Mr. Friend in the pending AAA arbitration proceeding, *Ivarone v. CACI International Inc*, AAA No. 16 160 00761 05. Mr. Ivarone, through counsel, rejected CACI's proposal. At that time, Mr. Friend was not represented by counsel.

2

3.      I am informed and believe that Mr. Friend was served with Plaintiff's Complaint on January 8, 2006. Shortly thereafter, Mr. Friend retained my firm to represent him in the above-captioned matter.

4.      On January 18, 2006, I again informed Plaintiff's counsel, this time on behalf of Mr. Friend, of my client's belief that the dispute was covered by Plaintiff's Employee Agreement with CACI, and expressed Mr. Friend's willingness to arbitrate the claims against him. I formally requested, on Mr. Friend's behalf, that Plaintiff voluntarily dismiss this action and submit to arbitration. A true and correct copy of this request is attached hereto as Exhibit A. By letter dated January 23, 2006, Plaintiff, through counsel, refused the request.

I declare that under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2006 at Washington, D.C.

_____/s/Henry A. Platt_____
Henry A. Platt

BP4150.DOC