SCHMELTZER, APTAKER & SHEPARD, P.C.
COUNSELORS AT LAW
THE WATERGATE
2600 VIRGINIA AVENUE, NORTHWEST, SUITE 1000
WASHINGTON, D.C. 20037-1922
WEB SITE http://www.saspc.com
E-MAIL sas@saslaw.com
FAX (202) 337-6065
(202) 333-8800

January 18, 2006

**VIA FAX (703/318-6808) WITH**
**CONFIRMATION BY U.S. MAIL**

Elaine Charlson Bredehoft, Esq.
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, VA  20190

    Re:   *Jason D. Ivarone v. Joseph Friend*,
            Civil Action No. 1:05CV2322(JR) (D.D.C.)

Dear Elaine:

    We have been retained by Joseph Friend to represent him in the above-referenced action.  Please direct all future communications to me regarding this matter.

    As you know, CACI has previously notified you that it believes that the civil action you have filed against Mr. Friend is improper, as the only proper forum for resolution of your client's claims against Mr. Friend is arbitration before the AAA.  In support of its position, CACI referred you to the on-point, controlling opinion in *Hughes v. CACI, INC. – COMMERCIAL*, 384 F. Supp. 2d 89 (D.D.C. 2005), holding that claims against CACI employees are encompassed by the broad arbitration agreement.  You declined to voluntarily dismiss the (then un-served) civil action and combine it with the currently pending arbitration Mr. Ivarone has brought against CACI, *Ivarone v. CACI INTERNATIONAL INC*, AAA No. 16 160 00761 05, which involves the exact same facts as the civil action you have brought against Mr. Friend.

    Mr. Friend now formally requests that you reconsider your decision and agree to voluntarily dismiss the pending civil action and submit your claims against him to arbitration.  If you do not agree to do so, Mr. Friend will be forced to seek

SCHMELTZER, APTAKER & SHEPARD, P.C.

Elaine Charlson Bredehoft, Esq.
January 18, 2006
Page 2

appropriate relief from the Court. As Mr. Friend's response to your complaint is due shortly, a prompt response is requested.

    I look forward to hearing from you.

                            Sincerely,

                            Henry A. Platt

cc:    Joseph Friend

BP1972