UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON D. IVARONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:05CV02322 (JR) |
| ) | |
| JOSEPH FRIEND, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING
MOTION TO DISMISS AND COMPELLING ARBITRATION**

Upon review of Defendant Joseph Friend's Motion to Dismiss and Compel Arbitration, Defendant's Statement of Points and Authorities in Support of his Motion, the Declarations of Patrick G. Stefl and Henry A. Platt, Esquire, any opposition thereto, and for good cause shown, it is hereby ORDERED THAT:

Defendant's Motion to Dismiss is GRANTED, in its entirety, and the case is hereby DISMISSED, with prejudice, in accordance with Fed. R. Civ. P. 12 (b)(1) and (6); and

Defendant's Motion to Compel Arbitration is GRANTED, pursuant to 9 U.S.C. § 3.

IT IS SO ORDERED.

DATED:  _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2

Copies to be sent to:

Henry A. Platt
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Ave., N.W., Ste. 1000
Washington, DC 20037-1922
Attorneys for Defendant

Elaine Charlson Bredehoft
Charlson Bredehoft & Cohen, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
Attorneys for Plaintiff

BP3088.DOC