IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON D. IVARONE,      )
                       )
    Plaintiff,          )
                       )
       v.              )      Case No. 05ca02322
                       )      Hon. James Robertson
JOSEPH FRIEND,         )
                       )
    Defendant.         )
_____)

### ORDER

Defendant Joseph Friend ("Mr. Friend") having moved, by counsel, for an Order Dismissing Plaintiff's Complaint and to Compel Arbitration of Mr. Friend, and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Defendant's motion is DENIED.

SO ORDERED.

DATE: _____      _____
                           Hon. James Robertson
                           United States District Judge