**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
JASON D. IVARONE,                :
                                 :
        Plaintiff,                :
                                 :
    v.                           :  Civil Action No. 05-2322 (JR)
                                 :
JOSEPH FRIEND,                   :
                                 :
        Defendant.                :
```

**<u>ORDER</u>**

For the reasons set forth in the accompanying memorandum, the defendant's motion to dismiss [3] is **granted.**

```
                                JAMES ROBERTSON
                           United States District Judge
```