IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON D. IVARONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH FRIEND, )<br>)<br>Defendant. )<br>) | Case No. 05ca02322<br>Hon. James Robertson |

## ORDER

Plaintiff Jason D. Ivarone ("Mr. Ivarone"), having moved, by counsel, for reconsideration of its February 10, 2006 Order dismissing Mr. Ivarone's complaint against Defendant, Joseph Friend ("Mr. Friend"), and upon consideration of the papers and argument in this case, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.

SO ORDERED.

DATE: _____          _____
                                Hon. James Robertson
                                United States District Judge