UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON D. IVARONE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-2322 (JR) |
| JOSEPH FRIEND, | : |
| Defendant. | : |

### ORDER

Defendant's invocation of the arbitration clause between plaintiff and CACI Inc. - Commercial was construed by the Court as (a) an undertaking by CACI Inc. - Commercial to respond to plaintiff's demand for arbitration under his contract of employment and (b) an acknowledgement by CACI Inc. - Commercial that, if defendant is found to have libeled plaintiff, CACI Inc. - Commercial will accept liability under the doctrine of respondeat superior. If either of those propositions is incorrect, the motion for reconsideration will be granted. The Court calls for a response from defendant, one that (if the above propositions are correct) is accompanied by an appropriate corporate undertaking of CACI Inc. - Commercial. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge