UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jason D. Ivarone
_____
          Plaintiff

vs.                                    Civil Action No. 1:05cv02322 JR

Joseph Friend
_____
          Defendant

## NOTICE OF APPEAL

Notice is hereby given this   10th   day of   April   , 20 06   , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   13th   day of   March   , 20 06

in favor of   Defendant Joseph Friend

against said   Plaintiff Jason D. Ivarone.

_____
          Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Henry A. Platt, Esquire
Schmeltzer, Aptaker & Shepard, P.C.
2600 Virginia Ave, N.W.
Suite 1000
Washington, DC 20037-1922

RECEIVED

APR 10 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
                                    $455.00
CHECK
       TOTAL
            200.00
        FILING FEE CIVIL
CASE # 05-2322

        FILING FEE CIVIL
CASE # 05-

                PAID WITHOUT RECEIPT
                     Receipt # 143984
                           3:53:27 PM
        WASHINGTON D.C.
     U.S. DISTRICT COURT
```