# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 06-7052** | **September Term, 2006** |
| | 05cv02322 |
| | Filed On: April 13, 2007 [1034561] |
| Jason D. Ivarone, | |
|     Appellant | |
| v. | **FILED** |
| | SEP 2 4 2007 |
| Joseph Friend, | NANCY MAYER WHITTINGTON, CLERK |
|     Appellee | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the stipulation for dismissal of this appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                                BY:

                                                    Linda Jones
                                                   Deputy Clerk